Case 2:22-mj-02075-DUTY   Document 2   Filed 05/25/22   Page 1 of 1



FILED
CLERK, U.S. DISTRICT COURT
5/25/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2:22-MJ-02075-DUTY

UNITED STATES OF AMERICA, PLAINTIFF
v.
SERHAT GUMRUKCU, DEFENDANT
USMS# 07333-506

CASE NUMBER: 5:22-CR-58-1

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 5/24/22 at 12 ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of Central California on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:
   18 USC 1958, Conspiracy for Murder-for-Hire

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: _____

7. Year of Birth: 1982

8. Defendant has retained counsel: ☐ No
   ☒ Yes   Name: Victor Sherman   Phone Number: 213 268 3401

9. Name of Pretrial Services Officer notified: email

10. Remarks (if any): _____

11. Name: RAJ PATEL (please print)

12. Office Phone Number: 310-477-6565

13. Agency: FBI

14. Signature: _____

15. Date: 5/25/22

CR-64 (09/20)          REPORT COMMENCING CRIMINAL ACTION