FILED

AO 442 (Rev. 11/11) Arrest Warrant

**COPY**

**FOR CASE FILE AND / OR INVESTIGATIVE PURPOSES ONLY**

2022 MAY 25 AM 10:37

# UNITED STATES DISTRICT COURT
for the
District of Vermont

**ORIGINAL ON FILE USMS VT**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:22-cr-58-1 |
| | ) | |
| SERHAT GUMRUKCU | ) | **MJ 22-02075** |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     SERHAT GUMRUKCU                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and intentionally conspired to use interstate commerce to facilitate a murder-for-hire, between in or about May 2017 to in or about February 2018, resulting in death ((18 U.S.C. § 1958))

Date:     05/19/2022

_____
*Issuing officer's signature*

City and state:     BURLINGTON, VT

Emerson Howe, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Serhat Gumrukcu

Known aliases: 

Last known residence: 8581 Santa Monica Blvd. #317, West Hollywood CA 90069

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 11/15/1982

Social Security number: 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

Height: 5' 11"   Weight: 176

Sex: Male   Race: White

Hair: Brown   Eyes: Blue

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: FBI- Patrick Hanna- 105 Westview Road, Suite 300, Colchester, VT 05446

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: