Adam H. Braun, Esq.  [CASBN 199544]
BRAUN & BRAUN LLP
10880 Wilshire Boulevard, Suite 1020
Los Angeles, California 90024
Telephone:  (310) 277-4777
Facsimile:  (310) 507-0232
Email:  adam@braunlaw.com

Attorneys for Third-Party Paul Dougherty

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>SERHAT DANIEL GUMRUKCU,<br><br>Defendant. | Case No. 22-MJ-02075<br><br>**RESPONSE CORRECTING ERRONEOUS REPRESENTATIONS IN DEFENDANT'S MOTION FOR BOND [DOC. 8]**<br><br>Hearing Date:  June 15, 2022<br>Hearing Time:  1:00pm |

Third-Party Paul Dougherty hereby files this response to correct erroneous representations made by Defendant SERHAT GUMRUKCO in his Motion for Bond Pending Trial [Doc. 8].  Defendant has unfortunately declined to correct the errors in the record when requested to do so by Mr. Dougherty.

In truth, Paul Dougherty was not willing to act as a surety or post his home to secure Defendant's release as claimed in Defendant's Motion for Bond Pending Trial (the "Motion"). Doc. 8 at 19.  More specifically, Dougherty, through his counsel, specifically advised Defendant's counsel *prior* to the filing of the Motion that Dougherty had decided against serving as a surety despite initially considering the request for help.  Dougherty,

1    after learning of the full scope of the allegations and charges against Defendant, realized

2    there were a number of potentially significant circumstances of which he had not been

3    previously aware.

4        Even after being advised that Dougherty had declined to serve as a surety or post

5    his home, Defendant filed his Motion erroneously representing to the Court that Mr.

6    Dougherty was prepared to do so.  While leaving this representation in the final version of

7    the Motion appears to have been a drafting error by Defense counsel's office, Defendant

8    has refused to advise the Court of this prior error or to correct the public record, when

9    requested to do so by Mr. Dougherty.  Correcting the record and alerting the Court to an

10   inaccurate representation previously made could have been accomplished either in a two-

11   sentence notice or even in a brief footnote in any subsequent filing related to the upcoming

12   bail hearing.

13       As a result, Mr. Dougherty files this response to correct the public record.

14

15       Respectfully submitted,

16       BRAUN & BRAUN LLP

17

18   Dated:  June 14, 2022     By: */s/ Adam H. Braun*

19       Adam H. Braun
         Attorneys for Third-Party

20       Paul Dougherty

21

22

23

24

25

26

27

28

BRAUN & BRAUN LLP
10880 WILSHIRE BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90024